UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHEREALL L. DEBOEST, | ) | |
| Next Best Friend of C.B. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.1:11-cv-0780-WTL-DKL |
| | ) | |
| METROPOLITAN SCHOOL | ) | |
| DISTRICT OF DECATUR | ) | |
| TOWNSHIP, a political subdivision, | ) | |
| | ) | |
| Defendant | ) | |

## STATEMENT OF SPECIAL DAMAGES AND SETTLEMENT DEMAND

Plaintiff is the parent and next best friend of minor C.B.  Plaintiff has filed this lawsuit to address violations of constitutional, statutory and common-law rights of her minor child C.B.; also Defendant is liable for breach of its duties under the theory of Respondeat Superior for its irresponsibility, negligence and failure to acknowledge and correct the bullying, harassment, threats and assaults upon C.B. as the duties to protect C.B., a minor child, were non-delegable.  In November, 2010, C.B. was subjected to repeated racially-based harassment, intimidation and threats by students of Decatur Central High School.  Decatur Central High School knew of the incidents (or should have known of the incidents) and failed to take reasonable action to prevent the incidents and prevent harm to C.B. and other similarly-situated minority students.

Decatur Central High School failed to create an environment where students were safe from these racially intimidating incidents.  The school also failed to create an environment where threatened students feel safe reporting the incident to the school without fear of blame and retaliation (with some blame inexplicably being placed on the victim by the school).

In addition to being subjected to retaliation, C.B. has been damaged from this incident by not feeling safe at school, not feeling welcome at school, not being able to concentrate on her school work, not being able to sleep properly, being subjected to racially based discrimination, harassment, intimidation and persecution, and by not being afforded equal protection of the law.

Decatur High School was deliberately indifferent to the care and protection of C.B.  C.B. suffered depression, humiliation and emotional outrage at being the target of racially based hatred in America in the modern year 2010. C.B. suffered suicidal thoughts and required counseling. C.B. and her mother were required to relocate and she was forced to enroll in another school based upon this emotional trauma, bullying, harassment, and threats.

Plaintiff, Chereall DeBoest, by Counsel, Robert B. Turner, and for her statement of special damages and settlement demand, says:

That as a direct and proximate result of the violation of Plaintiff's constitutional rights under the Fourteenth Amendment, rights associated with familial relationships, which includes the right to companionship, care, custody and management of her child, the right to control her child's education, Equal Protection and Due Process Rights associated with the prevention of racial discrimination, threats, harassment and assault. Plaintiff has incurred emotional trauma as a result of the bullying, harassment, and threats.

Although, the final computation of Plaintiff's damages is still pending, based upon currently incomplete personal, financial, and health information/data. Plaintiff, Cherall DeBoest, estimates at this time that damages suffered in this matter total Two Million ($2,000,000.00) Dollars.

Respectfully Submitted,

/S/ROBERT B. TURNER
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been furnished to this _26th_ day of September 2011 to:

Michelle L. Cooper, Esq.
Karen Glasser Sharp, Esq.
BOSE MCKINNEY & EVANS, LLP.
111 Monument Circle
Suite 2700
Indianapolis, IN  46204


_____
/S/ROBERT B. TURNER


LEE BURNS COSSELL, KUEHN, CROWLEY & TURNER, LLP
127 East Michigan Street
Indianapolis, Indiana 46204
(317) 631-5151 Telephone
(317) 682-6477 Facsimile