UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHEREALL L. DEBOEST<br>next best friend of C.B., <br><br>　　　Plaintiff, <br><br>v. <br><br>METROPOLITAN SCHOOL<br>DISTRICT OF DECATUR<br>TOWNSHIP, a political<br>Subdivision, <br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) 　Cause No.: 1:11-cv-0780-WTL-DKL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, Plaintiff, Chereall L. DeBoest next best friend of C.B., and Defendant, Metropolitan School District of Decatur Township, by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly file their Stipulation of Dismissal with Prejudice, and show the Court that Plaintiff hereby stipulates to the dismissal of her claims, with prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/Michelle L. Cooper | /s/Robert Turner |
| Michelle L. Cooper | Robert Turner |
| Attorney No. 21583-18 | Attorney No. 2288-49 |
| Karen Glasser Sharp | Cari L. Sheehan |
| Attorney No. 14812-49A | Attorney No. 28062-84 |
| BOSE McKINNEY & EVANS LLP | LEE, COSSELL, KUEHN & LOVE, LLP |
| 111 Monument Circle, Suite 2700 | 127 E. Michigan Street |
| Indianapolis, Indiana  46204 | Indianapolis, Indiana  46204 |
| Ph:　(317) 684-5000 | Ph: (317) 631-5151 |
| Fax:　(317) 684-5173 | Fax: (317) 682-6477 |
| mcooper@boselaw.com | rturner@nleelaw.com |
| ksharp@boselaw.com | csheehan@nleelaw.com |

Doc. No. 2066658v1