UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHEREALL L. DEBOEST  ) | |
| next best friend of C.B.,  ) | |
|  ) | |
| Plaintiff,  ) | |
|  ) | |
| v.  ) | Cause No.:  1:11-cv-0780-WTL-DKL |
|  ) | |
| METROPOLITAN SCHOOL  ) | |
| DISTRICT OF DECATUR  ) | |
| TOWNSHIP, a political  ) | |
| Subdivision,  ) | |
|  ) | |
| Defendant.  ) | |

## ORDER OF DISMISSAL

This matter having come before the Court on the parties' Stipulation of Dismissal with Prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the Court having fully considered the parties' Stipulation and being otherwise duly advised, the Court now finds that the Stipulation should be **APPROVED**;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned matter shall be, and is hereby, dismissed in its entirety, with prejudice.

Dated: 01/27/2012

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Electronic distribution to:

Robert Turner, Esq.
rturner@nleelaw.com
Cari L. Sheehan, Esq.
csheehan@nleelaw.com

Michelle L. Cooper, Esq.
mcooper@boselaw.com
Karen Glasser Sharp
ksharp@boselaw.com

Attorneys for Plaintiff

Attorney for Defendant

Doc. No. 2066656v1